# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSSIE RAMOS; MELISSA ORTIZ<br><br>Plaintiffs,<br><br>vs.<br><br>GARY SWATZELL; JASON HORIGAN; RICARDO LLAMAS; LUIS FLORES; PEGGY MALDONADO, GUILLERMO GARCIA, MATTHEW CATE, all in their individual capacities<br><br>Defendants. | Case No.: 5:12-cv-01089 (BRO)(SPx)<br><br>**ORDER<br>ON STIPULATION RE:<br>PROTECTIVE ORDER<br>[DOCKET NO. 73]** |

Based upon the stipulation filed between the parties on September 9, 2014, the Court hereby orders that the Stipulated Protective Order, filed on January 7, 2014, should be amended as follows:

The definition of "Counsel" in the Stipulated Protective Order, filed January 7, 2014, shall include Counsel of Record in the state court case, *Ramos v. Swatzell, et al.,* Case No. RIC 1202685 (Riverside County), including the law firm of Traber & Voorhees.

**IT IS SO ORDERED.**

Dated: September 15, 2014

_____/s/_____
HON. SHERI PYM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28