UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSSIE RAMOS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GARY SWATZELL, et al.,<br><br>    Defendants. | Case No. ED CV 12-1089-BRO (SPx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON MOTION FOR SANCTIONS** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the United States Magistrate Judge. No party has filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that plaintiffs' Motion for Sanctions (docket no. 182) be granted in part as follows:

1. At the trial of this case, the jury will be given an adverse inference instruction concerning the spoliation of defendant Garcia's personnel file, in accordance with the parameters set forth in the Report and Recommendation; and

2. Plaintiffs will be granted monetary sanctions, in an amount to be determined at a later date by the Magistrate Judge after further submissions by the parties.

DATED: June 30, 2017

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE