Jenny C. Huang, SBN 223596
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 628-0695
Fax: (510) 318-7701
E-mail: jhuang@justicefirst.net

Jean K. Hyams, SBN 144425
LEVY VINICK BURRELL & HYAMS, LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701
Email: jean@levyvinick.com

Attorneys for Plaintiffs Jossie Ramos and Melissa Ortiz

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSSIE RAMOS; MELISSA ORTIZ<br><br>  Plaintiffs,<br><br>  vs.<br><br>GARY SWATZELL; JASON HORIGAN; RICARDO LLAMAS; SERGEANT LUIS FLORES; GUILLERMO GARCIA, Warden of the California Institution for Women; and DOES 1-10, all in their individual and official capacities<br><br>  Defendants. | Case No.: 5:12-CV-01089 (BRO)(SPx)<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br><br><br>Date: October 12, 2017<br>Time: 9:30am<br>Location: Courtroom 3<br>Judge: Hon. Sheri Pym |

Jossie Ramos, CDCR # W-89350, is the plaintiff in proceedings in this case and is currently confined at Central California Women's Facility ("CCWF"), in the custody of the Warden. In order to secure the inmate's appearance and participation in a settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate

before Magistrate Judge Sheri Pym, at the U.S. District Court, 3470 12th St, Riverside, CA 92501, on October 12, 2017 at 9:30am.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear before the Central District of California in Riverside, California on October 12, 2017 at 9:30am, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to custody of the California Department of Corrections and Rehabilitation;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Central California Women's Facility ("CCWF")**

**WE COMMAND** you to product the inmate named above above to appear before the Central District of California in Riverside, California on October 12, 2017 at 9:30am, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to custody of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**Further,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  September 21, 2017



Sheri Pym
UNITED STATES MAGISTRATE JUDGE

